# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT ITTERLY,** on behalf of himself and similarly situated employees, | : : : | **CIVIL ACTION** |
| Plaintiff | : : | |
| vs. | : : | NO. 5:08-cv-01266-LS |
| **FAMILY DOLLAR STORES, INC.** and **FAMILY DOLLAR STORES OF PENNSYLVANIA, INC.,** Defendants | : : : : | |

## O R D E R

**AND NOW,** this   30th   day of January, 2014, upon consideration of the defendants' motion for summary judgment (Document #19), the plaintiff's response thereto (Document #27), and the defendants' reply brief (Document #35), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.