IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT ITTERLY,** on behalf of himself and similarly situated employees | : : : | **CIVIL ACTION** |
| Plaintiff | : : | |
| vs. | : : | NO. 5:08-cv-01266-LS |
| **FAMILY DOLLAR STORES, INC.** and **FAMILY DOLLAR STORES OF PENNSYLVANIA, INC.** | : : : : | |
| Defendants | : | |

## O R D E R   O F   J U D G M E N T

**AND NOW,** this   30th   day of January, 2014, in accordance with my Order granting the defendants' motion for summary judgment, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of the defendants and against the plaintiff.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.